UNITED STATES DISTRICT COURT
WESTERN DISTRICT MICHIGAN
SOUTHERN DIVISION

FILED - GR
July 24, 2023 11:53 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: KB / 7/24

JEFFREY CHAMBERS
  Plaintiff,

V

CITY OF HOLLAND, JUDGE
JUANITA BOCANEGRA,
  Defendents.

CASE NO.

1:23-cv-779
Robert J. Jonker
U.S. District Judge

## DEPRIVATION OF RIGHTS

NOW COMES PLAINTIFF IN ACCORDANCE TO 42 U.S. CODE § 1983. IN CASE HL-20-086114-OM, JUDGE JUANITA BOCANEGRA DID NOT UPHOLD HER OATH OF OFFICE, BY VIOLATING PLAINTIFF'S RIGHTS THAT ARE GUARANTTED BY THE CONSTITUTION OF THE UNITED STATES.

1. PLAINTIFF WAS NOT AFFORDED DUE PROCESS.
2. PLAINTIFF'S SIXTH AMENDMENT RIGHT WAS VIOLATED, COMPLAINTANT WAS NOT PRESENT AT TRIAL.
3. "THE RIGHT OF THE CITIZEN TO TRAVEL UPON THE PUBLIC HIGHWAYS AND TO TRANSPORT HIS/HER PROPERTY THEREON EITHER BY CARRIAGE OR AUTOMOBILE, IS NOT A MERE PRIVILEGE WHICH A CITY [OR STATE] MAY PROHIBIT OR PERMIT AT WILL, BUT

A COMMON RIGHT WHICH HE/SHE HAS UNDER THE RIGHT TO LIFE, LIBERTY, AND THE PURSUIT OF HAPPINESS." THOMPSON V. SMITH 154 SE 579

4. THEN CAN BE NO SANCTION OR PENALTY IMPOSED UPON ONE BECAUSE OF THIS EXERCISE OF CONSTITUTIONAL RIGHTS."

5. WITNESSES FOR THE PROSECUTION DID NOT SEE NOR DID THEY HEAR PLAINTIFF SPEAK TO THE COMPLAINTANT. (HEARSAY TESTIMONY)

6. FALSE IMPRISONMENT WAS IMPOSED AS A RESULT OF PLAINTIFF'S RIGHTS BEING VIOLATED.

PLAINTIFF IS SEEKING ONE MILLION DOLLARS IN COMPENSATORY DAMAGES AND ONE MILLION DOLLARS IN PUNITIVE DAMAGES.

SUBMITTED,
Jeffrey Chambers
JEFFREY CHAMBERS
431 DIEKEMA AVE #137
HOLLAND, MI 49423
JULY, 21, 2023

MR. J. L. CHAMBERS
431 DIEKEMA AVE #137
HOLLAND, MI 49423



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
399 FEDERAL BLDG.
110 MICHIGAN NW

GRAND RAPIDS, MICHIGAN 49503-2363